IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS
KANSAS CITY DIVISION

IN RE:
CRUMP, RANDALL LEE            Case No. 13-23262-DLS
                                     Chapter 7
DEBTOR

<u>DEBTOR'S OBJECTION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY
FILED BY GREEN TREE SERVICING LLC</u>

     COMES NOW the Debtor, by and through attorney, Russell B. Cloon, and objects to the Motion for Relief from the Automatic Stay filed by John F. Michaels, John@johnmichaelslaw.com, attorney for Green Tree Servicing LLC. In support of said objection, Debtor alleges and states as follows:

     1. Debtor had believed his mortgage was defective and a general unsecured debt. He will be converting to Chapter 13 to address the issue.

     2. It would cause a tremendous hardship on the Debtor to lose the home, and that loss, coupled with the necessity to relocate, would seriously damage Debtor's ability to fund the plan.

     WHEREFORE, Debtor prays that this Court sustain this objection, and deny the Motion for Relief from the Automatic Stay, and grant such other and further relief as the Court deems just and equitable.

Respectfully submitted,

CLOON LEGAL SERVICES


   s/Russell B. Cloon
Russell B. Cloon #14789
811 Grove
P.O. Box 969
Baldwin City, Kansas 66006
Phone:(785)594-2111
Fax: (785) 594-6930
E-mail: russell.cloon@cloonlegal.com
Counsel for Debtor

## CERTIFICATE OF MAILING

I hereby certify that, on February 10, 2014, a true and correct copy of the foregoing was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system, including John F. Michaels, John@johnmichaelslaw.com, Attorney for Green Tree Servicing LLC.


   s/Russell B. Cloon
      Russell B. Cloon